## Commonwealth v. Mackey, Appellant.

Before MIRARCHI, JR., J., without a jury.

Submitted September 8, 1975. *Stephen H. Serota,* for appellant; *Daniel P. McElhatton, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Marino, Appellant.

Before DOTY, J.

Argued December 10, 1975. *Lewis Kates,* with him *Joseph R. Livesey,* and *Kates, Livesey & Edelstein,* for appellant; *Bonnie Brigance Leadbetter,* Assistant District Attorney, with her *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., absent.

## Commonwealth v. Marino, Appellant.

Before TREDINNICK, J.

Submitted June 16, 1975. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Mason, Appellant.

Before SMILLIE, J.

Submitted September 12, 1975. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Bert M. Goodman,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mays, Appellant.

Before LORD, J., without a jury.

Submitted June 16, 1975. *Donald C. Cofsky,* for appellant; *Martin L. Trichon, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* McCoy, Appellant.

Before TAKIFF, J.